UNITED STATES of America,
Plaintiff–Appellee,

v.

Yolanda Viola BURGESS,
Defendant–Appellant.

United States of America,
Plaintiff–Appellee,

v.

Yolanda Viola Burgess, Defendant–
Appellant.

Nos. 01–7928, 01–7991.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 6, 2002.

Yolanda Viola Burgess, Appellant Pro Se. Kimberly Riley Pedersen, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

In these consolidated appeals, Yolanda Viola Burgess seeks to appeal the district court's orders denying her motions for provision of transcripts. We have reviewed the record and the district court's

opinions and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis but affirm on the reasoning of the district court. *See United States v. Burgess,* No. CR–00–162–A (E.D. Va. Oct. 17, 2001; Nov. 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*